2002–0504.   Ward v. Wal–Mart Stores, Inc.

## APPEALS ACCEPTED FOR REVIEW

2001–1774.   Gearheart v. Ohio Adult Parole Auth.

Fairfield App. No. 01CA28. Appeal allowed and cause held for the decision in 2001–1253 and 2001–1266, *Layne v. Ohio Adult Parole Auth.*, Marion App. No. 9–2001–06, 2001-Ohio-2222; briefing schedule stayed.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

Lake App. No. 2000–L–171, 2001-Ohio-4041. Appeal allowed, cause consolidated with 2002–0504, *Ward v. Wal–Mart Stores, Inc.*, Lake App. No. 2000–L–171, 2001-Ohio-4041, and causes held for the decision in 2002–0367, *Armstrong v. Best Buy Co.*, Lorain App. No. 01CA007848, 2001-Ohio-1934; briefing

schedule stayed.

RESNICK and LUNDBERG STRATTON, JJ., dissent.

## APPEALS NOT ACCEPTED FOR REVIEW

**2002–0189.   Davis v. State Farm Fire & Cas. Co.**
Franklin App. No. 00AP–1458, 2001-Ohio-8884.

PFEIFER and LUNDBERG STRATTON, JJ., dissent and would hold this cause for the decision in 2001–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251.

**2002–0225.   Asad v. Asad.**
Cuyahoga App. No. 79258.

**2002–0235.   State v. Marshall.**
Lorain App. No. 01CA007773, 2001-Ohio-7015.

**2002–0261.   Bayes, Inc. v. Westfield Cos.**
Lucas App. No. L–01–1270, 2001-Ohio-3908.
RESNICK, J., not participating.

**2002–0270.   Butcher v. Indus. Comm.**
Franklin App. No. 01AP–557, 2001-Ohio-8867.

**2002–0276.   State v. Martin.**
Montgomery App. No. 18652, 2001-Ohio-7084.

**2002–0283.   State v. Johnson.**
Cuyahoga App. No. 76999, 2001-Ohio-4134.

**2002–0290.   In re Terry J.**
Lucas App. No. L–01–1249, 2001-Ohio-3005.
RESNICK, J., not participating.

**2002–0292.   State v. Jaryga.**
Lake App. No. 99–L–179, 2001-Ohio-7065. Appeal and cross-appeal not allowed.

**2002–0303.   N. Ridgeville v. Kingsboro.**
Lorain App. Nos. 01CA007809 and 01CA007810, 2002-Ohio-30.

**2002–0304.   State v. Myers.**
Perry App. No. 01CA5, 2002-Ohio-253.

**2002–0306.   State v. Turner.**
Cuyahoga App. No. 78520.

**2002–0308.   Kenwood Lincoln–Mercury, Inc. v. DaimlerChrysler Corp.**
Hamilton App. No. C–000784, 2002-Ohio-111. Appeal denied and motion for admission pro hac vice of Mark T. Clouatre by Keith P. Spiller for DaimlerChrysler Corporation denied.

**2002–0314.   State v. Reynolds.**
Cuyahoga App. No. 79708, 2002-Ohio-36.

**2002–0316.   State v. Keenan.**
Summit App. No. 20633, 2002-Ohio-218.

**2002–0319.   State v. Stojetz.**
Madison App. No. CA2000–10–048.
PFEIFER, J., dissents.

**2002–0320.   Hunt v. Crossroads Psychiatric & Psychological Ctr.**
Cuyahoga App. No. 79120. Appeal not allowed.
LUNDBERG STRATTON, J., dissents.
Cross-appeal not allowed.
F.E. SWEENEY, J., dissents.

**2002–0321.   Kline v. Parma.**
Cuyahoga App. No. 79222.

**2002–0328.   State v. Staley.**
Auglaize App. No. 2–02–01.

**2002–0332.   State v. Noser.**
Lucas App. No. L–01–1276, 2002-Ohio-123.

**2002–0334.   Irvine v. Akron Beacon Journal.**
Summit App. Nos. 20450 and 20524, 2002-Ohio-83. Appeal denied.
   MOYER, C.J., dissents.
   On motion for stay of consideration of jurisdictional memorandum pending court of appeals' reconsideration. Motion denied.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2002–0335.   Montrose Ford, Inc. v. Starn.**
Summit App. No. 20605, 2002-Ohio-87.

**2002–0337.   Cicchillo v. A Best Products Co.**
Cuyahoga App. No. 79288, 2002-Ohio-4. Appeal denied and motion for admission pro hac vice of Kathy Condo by Gary D. Hermann denied.

**2002–0338.   Goddard v. Children's Hosp. Med. Ctr.**
Hamilton App. No. C–010150, 2002-Ohio-27.
   F.E. SWEENEY, J., dissents.

**2002–0339.   State v. Shiffler.**
Lucas App. No. L–01–1272, 2002-Ohio-122.
   RESNICK, J., not participating.

**2002–0342.   Leman v. Fryman.**
Hamilton App. No. C–010056, 2002-Ohio-191.

**2002–0343.   State v. Taylor.**
Cuyahoga App. No. 80670.

**2002–0344.   Kelly v. Lambda Research, Inc.**
Hamilton App. No. C–010253, 2002-Ohio-24.

**2002–0350.   State v. Nichols.**
Scioto App. No. 01CA2775, 2002-Ohio-415.

**2002–0356.   Mickel v. Lucas Cty. Children Serv.**
Lucas App. No. L–01–1458, 2002-Ohio-130.
   RESNICK, J., not participating.

**2002–0357.   Faulkner v. Bay Village.**
Cuyahoga App. No. 79849, 2002-Ohio-16.
   RESNICK, J., dissents.

**2002–0358.   State v. Isom.**
Cuyahoga App. No. 78959.
   RESNICK and LUNDBERG STRATTON, JJ., dissent.

**2002–0359.   State v. Woods.**
Hamilton App. No. C–000261, 2002-Ohio-187.

**2002–0363.   Long v. Commodore Bank.**
Perry App. No. 01CA14, 2002-Ohio-252.
   MOYER, C.J., would allow on Proposition of Law No. I.
   LUNDBERG STRATTON, J., would allow.

**2002–0375. Cohen v. [UBS] PaineWebber, Inc.**
Hamilton App. No. C–010312, 2002-Ohio-196.
Cook, J., dissents.

**2002–0378. State v. Johnson.**
Delaware App. No. 01CAA04014.

**2002–0379. Pool v. Insignia Residential Group.**
Hamilton App. No. C–010074, 2002-Ohio-192.
Douglas and Resnick, JJ., dissent.

**2002–0380. State v. Georgeoff.**
Medina App. No. 3195–M, 2002-Ohio-216.

**2002–0381. Buren v. Karrington Health, Inc.**
Franklin App. No. 00AP–1414, 2002-Ohio-206. Appeal denied and motion for admission pro hac vice of Thomas P. Murphy and Elizabeth A. Lalik by D.W. Srsic for Karrington etc. et al. denied.
F.E. Sweeney, J., dissents.

**2002–0382. State v. Hill.**
Fairfield App. No. 98CA67, 2002-Ohio-227. Appeal and cross-appeal denied.

**2002–0385. State v. Shackleford.**
Montgomery App. No. 18297.

**2002–0391. State v. Patrick.**
Licking App. No. 95CA149.

**2002–0394. State v. Easley.**
Franklin App. No. 01AP–31, 2001-Ohio-3976.

**2002–0403. Rodata, Inc. v. Christian & Timbers.**
Cuyahoga App. No. 79439, 2002-Ohio-3.
F.E. Sweeney, J., dissents.

**2002–0405. Andreano v. Westlake City Council.**
Cuyahoga App. No. 79286, 2002-Ohio-19.
Douglas, J., dissents.

**2002–0406. State v. Kreischer.**
Perry App. No. 01CA04, 2002-Ohio-357.

**2002–0408. Amshoff v. Bailey.**
Butler App. No. CA2001–08–182, 2002-Ohio-174.

**2002–0409. State v. Richard.**
Cuyahoga App. No. 78813, 2002-Ohio-9.

**2002–0414. State v. Mixner.**
Warren App. No. CA2001–07–074, 2002-Ohio-180.

**2002–0417. State v. Long.**
Clark App. No. 2001CA60, 2002-Ohio-385.

**2002–0425. State v. Wheatt.**
Cuyahoga App. No. 70197.

**2002–0435. State v. Westerfield.**
Cuyahoga App. No. 78973.

**2002–0437. State v. Pennington.**
Franklin App. No. 01AP–657, 2002-Ohio-296.

**2002–0499. State v. Williams.**
Stark App. No. 1998CA00060.